75,987-04

JUNE 9, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 11 2015

Abel Acosta, Clerk

ABEL ACOSTA
COURT CLERK
COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

RE: NOTIFICATION OF CHANGE OF ADDRESS.

DEAR HONORABLE ACOSTA,

THIS IS A NOTIFICATION OF CHANGE OF ADDRESS, AND THE NEW ADDRESS IS AS FOLLOWED:

MAILING ADDRESS:

RENAT R VARA
I.D. 1430165
BYRD UNIT
21 FM 247
HUNTSVILLE, TEXAS 77320

-1-

PLEASE NOTIFY UPON RECIEPT OF NOTIFICATION.

I AM GRATEFUL FOR YOUR TIME AND ASSISTANCE, AND EAGERLY AWAIT YOUR WRITTEN REPLY.

RESPECTFULLY,

REVAT R. VARA